

Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-12-00544-CR

**IN RE** Raymond Isaac **URIBE**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Rebecca Simmons, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  September 5, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On August 27, 2012, relator Raymond Isaac Uribe filed a petition for writ of mandamus, complaining trial court denied his motion for an examining trial and has failed to set the case for an examining trial. However, counsel has been appointed to represent relator in the criminal proceeding pending in the trial court for which he is currently confined. A criminal defendant is not entitled to hybrid representation. *See Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007); *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). A trial court has no legal duty to rule on *pro se* motions or petitions filed with regard to a criminal proceeding in which the defendant is represented by counsel. *See Robinson*, 240 S.W.3d at 922.

---

[1] This proceeding arises out of Cause No. 152268, styled *State of Texas v. Raymond Isaac Uribe*, in the 227th Judicial District Court, Bexar County, Texas, the Honorable Philip Kazen presiding.

Consequently, the trial court did not abuse its discretion by failing to grant relator's *pro se* request for an examining trial.  Accordingly, the petition for writ of mandamus is denied.  TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH